FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 1 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTAL HOLMES, | : |
| | : |
| Plaintiff, | : CASE NO.: 1:13-CV-04270-HLM |
| | : |
| vs. | : SEALED FILE |
| | : |
| GRAMBLING T. DOMINIQUE, JR. | : |
| a.k.a ERNEST EUGENE SLADE, | : |
| | : |
| TRUTH IN POSTING, LLC | : |
| d/b/a truthinposting.com | : |
| & MARGARET PICKARD, | : |
| | : |
| DOMAINS BY PROXY, LLC, | : |
| | : |
| JOHN DOE | : |
| d/b/a REPORTYOUREX.COM, | : |
| | : |
| JOHN DOE | : |
| d/b/a REMOVENAMES.COM, | : |
| | : |
| JOHN DOE | : |
| d/b/a REMOVEMYNAME.COM, | : |
| | : |
| JOHN DOE | : |
| d/b/a REMOVEAPOSTING.COM, | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S EMERGENCY EX PARTE MOTION AND MEMORANDUM OF LAW FOR A TEMPORARY RESTRAINING ORDER**

The Plaintiff, Kristal Holmes, hereby moves this Court for a temporary restraining order (1) enjoining all of the Defendants in this action from republishing the defamatory post at issue in this lawsuit; (2) enjoining Defendant Grambling T. Dominique, Jr. from filing defamatory and tasteless pleadings; (3) enjoining Dominique from causing further publication of any pleadings and communications between he and counsel in any other forum; and (4) that the Court issue and order permanently sealing the record involving this case. In support of this motion, Plaintiff states:

This is a case about Defendants' publishing of untrue, defamatory and unprotected speech about Plaintiff Kristal Holmes on the website reportyourex.com.

Plaintiff, an attorney licensed to practice law in the state of Georgia, was and is a person of good name and reputation and enjoyed the esteem and good opinion of her neighbors, colleagues and co-workers and others who know her. Plaintiff has spent the last fourteen (14) years working as an attorney and is dependent upon working as an attorney as her livelihood in order to support herself and her child.

Beginning in July 2013, Plaintiff experienced harassment by Defendant Dominique via the internet. In his initial harassment, Dominique posted defamatory and tasteless comments on the Plaintiff's Youtube.com page. Plaintiff is a health

2

enthusiast and uses said page to post exercise videos. Upon learning that Dominique posted the comments, Plaintiff immediately deleted the comments and had no contact whatsoever with Dominique.

Shortly thereafter, and or about August 30, 2013 Plaintiff was alerted by her sister that Dominique had posted a false, defamatory, malicious, nasty, and tasteless statements about the Plaintiff, designed to cause and that did cause serious harm to her reputation, business and overall well-being via the website Reportyourex.com. The Plaintiff had never heard of this website prior to learning of Dominique's post. In the post, Dominique accuses the Plaintiff, amongst other false accusations, of posting a statement about him via the same website. Plaintiff has never posted anything about the Defendant on that website.

On or about October 4, 2013, Dominique telephoned the Plaintiff and left a message asking her to call him at her place of employment. The Plaintiff did not return Dominique's call. Rather, she had her attorney, Sandra Finch, contact Dominique in an effort to try to resolve the matter and remove the post. During the call, Dominique refused to remove the post and made further false accusations concerning the Plaintiff. In an attempt to memorialize the telephone conversation between she and Dominique, Plaintiff's counsel sent Dominique and email on

October 4, 2013. From that point on, Dominique has sent Attorney Finch tasteless, nasty and threatening emails which have continued as of the date of this motion.

On December 26, 2013, Plaintiff filed a Complaint against Defendants based upon the unprovoked, online smear campaign created by Defendant Dominique, and promoted and published by Defendant Reportyourex.com.

On or about Sunday, April 27, 2014, counsel for the Plaintiff received via email a "Motion to Dismiss this Bullshit" from Defendant Grambling T. Dominique, Jr. (see a copy of the Defendant's Motion attached hereto as Exhibit "A"). Attached to the motion where two (2) exhibits and a Notice of Service. As of the date of this motion, the Clerk's Office is not in receipt of the Defendant's motion and it has not been filed.

Defendant Dominique's entire "motion" is deranged, disjointed, wholly inappropriate, defamatory and offensive. For the purpose of this motion, the inappropriate language is as follows:

- "The Plaintiff, Ms. Kristal Holmes through her attorney Sandy Filth-Le Can here-in refer to as "I-85", due to her WELL KNOWN HISTORY OF EXTREME PROMISCUITY OF MEN UP AND DOWN THE I-85 expressway from South Carolina to Alabama and, for her abuse of CRACK COCAINE. Please take that thought inconsideration when you receive another one of their filings. If they would lie to the court about this little shit in order to defeat the Georgia Long Arm Statue, you can bet your ass they are lying about the whole goddamn thing."
- "It was concerning a sequence of many of her unwanted e-mail she set to me during a month long argument I-85 and I had in which I

4

repeatedly told the bitch to stop contacting me if she does not prove that she represent Kristal Holmes in our un-filed child custody case concerning my daughter Kristal and I share."

- Further, like I said, I have some e-mails of my own Judge, those that I have-have direct barring on THIS CASE... I-85 sent to Defendants Counsel Marc Randazza. In these e-mails, I-85 claims that she has hired an private investigator to assist her in locating me when I told her in that out of sequence e-mail that I reside in Miami Beach, Florida. Well Judge, as I told you above, her investigator must have been on Crack too or the dumbest muthafucking investigator in Georgia, which dealing with I-85, that's not to much of a surprise, Judge."

- I say this because the address they use I have not lived at for 5 years because the only way they could have got it is through the DEKALB COUNTY COURT SYSTEM under Dispossessory or some shit ass term Dekalb County uses other then calling it "Eviction Court", like every other goddamn jurisdiction in the world, it's the only matter I HAVE EVER HAD WITH DEKALB COUNTY! If you enter my name in any of there court related systems two cases will both pop up, THERE"S NO WAY AROUND IT! Cases 08-D-87339 and 08-D-873223, both evictions cases, are the only matters. THERE NO WAY AROUND IT THAT YOU CAN CONFUSE IT WITH ANYTHING ELSE. SO, you mean to tell me the despite being on drugs, she is also a dumbass lawyer too? THERE NO GODDAMN WAY A LAWYER WHO IS, OR NOT ON DRUGS COULD NOT KNOW WHAT THE LANGUAGE, CODING OF CASES AND COURTROOMS THERE HELD IN OR, THE SHOP TALK IN THE DEKALB COUNTY CLERKS OFFICE BULLSHIT  WHO CONDUCTS BUSINESS THERE AND REVIEWS CASES WHAT THE CASE NUMBER CODING MEANS, dope addict or not! So I just want to head the lie off from the start just in case she rebuts this with that bullshit and wastes any more of yours and my time. And as you will read Judge in one of the e-mails I will provide you set to me by I-85, she claims to be VERY VERSED WITH THE DEKALB COUNTY CLERKS SYSTEM."

- "Lastly, only one of the cases has an order of possession attached to them. The other one was dismissed. So you mean that a seasoned lawyer and her investigator who she hired is just going to look at one case and not the other one which, I need to add are a month apart ...July-87323-Dismissed, and August-87339-Order of possession

issued) , does that make any godamn sense? That is the only place she could have got that address because I still have an Illinois drivers license, not a Georgia one, not a Florida one."

- "The order for possession was issued August 14th, 2008 in Dekalb County State Court. Even my un-computer-savvy ass pulled it up on the Dekalb County Website, ww.ojs.dekalbga.org, so surely a lawyer of any degree of brains, including, I-85's drug addict ass, should have no trouble doing so just like I did, correct? This is a lawyer who pulled RICO out her ass to further this worthless farce of a case that you found creditable."

- "So, the question is, is she a lying crack addict bitch, or incompetent and on drugs, or both? Or, did she just forget to add that little bit of info? So lets be clear, since there's no goddamn way that anyone could get this address without clicking on the cases under the eviction docket in the Dekalb County Clerk system, they knew that the information they provided to the court that was sworn to in by attached affidavit by plaintiff, in their filing/motion was false and thus, perpetrated a fraud on the court to defeat the Georgia Long Arm Statue by saying that that 4371 Winters Chapel Address was current for me at all."

- "Here let me help her with the facts, Once a court of competent authority orders my ass to leave the property for non-payment, (one month) the apartment gets repossession 7 days later, unless paid, not 5 years later. Also, the only reason I rented the apartment in the first place was that I was suing Gwinnett County in Federal Court Northern District of Gerogia, downtown Atlanta: 105cv74- Dominique v Gwinnett County et all, and I needed a place to stay when I came to Georgia to fight the case FROM MY HOME IN CHICAGO, ILLINOIS where I still keep a place."

- "When I first met I-85 it was at their law office Kristal and her shared. She and a guy got out of a fucked up rusty damaged red late model Nisan Z. She walked in with the another crack head guy (who later I was told by Kristal worked for them off the books and was a dis-barred lawyer) who's clothes were dis-shoveled wrinkled and dingy as hell, as were I-85. He was a white guy with dirty blond hair and steel blue eyes. He had on a pair of the dirtiest kacki brown cargo shorts I have ever seen in my life, and dingy white (but looked gray) button up shirt with the sleeves rolled up to the elbow. His eyes were blood shot and he also smelled of some sort of liquor. I-85 had on dingy Wrangler blue jeans and a white t-shirt. She looked like she slept in her

- clothes from the night before, and her hair was pulled back from her face, and unwashed."
- "His (and her) nose was bright red, like a fucking stop light and he reeked of cocaine and crack. As Kristal introduced me to I-85, I notice she too smelled of crack. A short time later in Kristal's office after I smelled the un-mistakable smell of crack on her person as she walked by me to take her piece of chicken back to her office when I brought them lunch (a cheap one-KENTUCKY FRIED CHICKEN. Judge, this is first and only time I have ever met with I-85) I decided to ask Kristal did she know or suspect that her law partner and friend were smoking crack."
- "I inquired to Kristal if she knew that I-85 was on drugs and I proceeded to tell her what I smelled on her as she passed me. Kristal stated to me that I was correct in what I was smelling, that indeed I-85 was on drugs and so was the guy with her. I asked Kristal why she was in partnership with her if she was on drugs and had drug addicts working for her/them off the books, she stated that she felt sorry for her because know one else wanted to partner up with her ass and it was cheaper to partner up with her then to be on her own."
- "As the court will see, and review in attached e-mails and court documents I will provided the court, I-85 contacted me after I contacted Kristal after 2 years of no contact at all, to inquire about why she called, who she thought was my deceased mother but, was in fact my oldest sister, to tell her of the website she set up and I responded to with the truth. "
- "MY SISTER TAPED THE CONVERSATION, Kristal is ON TAPE ADMITTING TO MY SISTER THAT SHE PURPOSELY TOLD ME THAT OUR CHILD HAD DIED AT BIRTH BECAUSE SHE WAS SCARED OF RAISING OUR DAUGHTER ALONE????! WHAT KIND OF STUPID ASS SHIT IS THAT JUDGE, HUH? Is that not the STUPIDEST SHIT YOU EVER HEARD?"
- "Anyway, Like I said, I-85 contacted me first by phone through my Relay Service and and then at my request at first, by e-mail, so I could have a record of it, and to make it easy for her to communicate with me. She then begun falsely mis-representing herself as Kristal's attorney, which as it turned out, she was not like I thought, under the guise that I should care to remember her from the first and only time we met."

7

- "She was trying get me to down play Judge, get this now, the fact that Kristal told me that our child was dead stating that KNOWONE WOULD CARE THAT SHE TOLD ME THAT FUCKING BULSHIT TO KEEP ME FROM FILING FOR A PUBLIC CUSTODY HEARING?!!!!! So lets agree to a out of court agreement and Kristal won't appose my visitation???!!! What? Like I give a fuck what she apposes? Fuck her, SHE LIKE AND TOLD ME ALL THIS TIME MY CHILD, MY BABY WAS DEAD! DIED AT BIRTH!!! Fuck outta here, I told her I dont know your ass but I do remember you, and if your represent Kristal please send me a letter of representation signed by her. I got it all in writing Judge."
- "I-85 tried to talk me out of filing an formal decree for custody and not bring to light what Kristal had done, lying about the baby to me being alive. (She stated, Let's just agree to a mutual understanding so you can legitimize your child without trying to bring to light what she did so you can start paying child support and seeing KRISTALS CHILD, she said. The court and nobody else will not care that she told you that the baby died at birth, I-85 said.)"
- "Nothing ass bitch, Yeah, I'll agree to that bullshit when you put that godamn crack pipe down, You nothing bitch. So we both know that's a NEVER, right?! Fuck outta here! The court was going to know what she did concerning my desire to see my baby when I filed for custody of OUR daughter, Because I was going to tell it! The court was going to hear that Kristal told me that it had died at birth and was buried next to her Pop in GARY, Indiana some goddamn where 16 months prior. She would not tell me where. WHY? You got me Judge, but that's what happen. Now I fucking know why."
- "DOES THIS COURT HAVE ANY FUCKING IDEA HOW MANY CEMETERIES I VISITED, or CALLED in that nothing ass city looking for my babies final resting place behind her bullshit? Not knowing all the time it was a fucking lie, nothing ass bitch that she is."
- "I learned my daughter was in fact alive after I read a online news report in a Atlanta area paper where Kristal was being interviewed after she was hired for a States Attorney job in one of those werido ass cities in Gwinnett County. During her interview in article Kristal stated how great her life had become since becoming a mother 16 mounths prior?????? WHAT THE FUCK?!!!! That nothing ass bitch! That's my baby! My daughter was alive and well and she told me she died at birth!"

- "So judge, that's the whole story. That's what the beef is all about. The only person who has been defamed is me. Kristal set up the website, I responded to it with the goddamn truth and that's that. The only person who could benefit by the statements made before I responded to that website was Kristal. If she did not want to receive my truthful statements then her ass should not have placed the website on the internet in the first place. People in glass houses should not throw stones."
- "She also has made the exact comments on other like websites which I will also included here and, she also broke into my Hotmail e-mail and set it up in such a way that if anybody who e-mails me via Hotmail they will receive a message that I steal money from women and, I owe her 300 dollars and that I made inquiries to her doctor about our baby, and that there is no baby. Oh yeah, if I reach out to her doctors or come to the hospital she'll have me prosecuted. Judge, this did not come to my attention until recently but, not withstanding the derogatory comments she has already made about my deceased mother, she just recently contacted my oldest daughter, harassing her as well. "
- "Judge, I-85 has crossed the line 3 times too many. People must be held accountable for actions. That's all I'll say on that."
- "Judge, I will also include that e-mail and hey, if you find the time, e-mail my HOTMAIL ACCOUNT for yourself and see for yourself. I'm not smart enough to cut it off or to try to figure out how she done it to turn the notice off. My hot mail account is GTDOMINIQUE72@hotmail.com....Don't just take my word for it, I ONLY DEAL IN FACTS JUDGE! LIKE I SAID SHE IS THE ONLY ONE WHO WILL BENEFIT FROM THESE statements and the two of us are the only ones who knew are personal information."
- "I don't know a sole in Georgia, other then Kristal. And for damn sure did not get into a beef with ANYONE who would benefit from OUR CHILD CUSTODY ISSUE other then Kristal. So knowone I would know would have a goddamn reason to do this shit in Georgia, where I was told the site set up originated from. "
- "Oh yeah Judge, did you know that I-85 cuss out defense counsel for I informing me about this case? No, Here let me tell you this shit too. She chopped him off at the knees and tried to tear him a new one for reaching out to me HERE IN MIAMI, to inform me about this case!"
- "Now this is a person who claims that she could or to quote her, WOULD NEVER FIND ME to serve me about this case, ok?So she

9

- goes to Marc Randazza, "Hey, WHY WOULD YOU TELL HIM ABOUT THIS CASE? what gives you the right to do that? He is going to kill me! If I turn up dead it's on you Mr. Randazza!", she actually said that shit in writing judge? All this was communcation between them, Counsel just sent it to mebecause he felt I had a right to know and he was puzzeld why she did not want the "STAR DEFENDANT", or primary one for lack of a better term, about this case at all???? I got all the e-mails Judge, so does Mr. Randazza. I will attach then to this motion."
- "She also accused him of giving me legal advice. This is coming from a person who told the court that she could not find me and lied to the court about my 5 year old address to establish jurisdiction. But here's the kicker, defense counsel found me in one day of this bullshit being filed RIGHT HERE IN MIAMI BEACH, where I been since June, 2013. I'm not at all hiding from you or them at all. How could I be when clearly they did not want me to know about this damn thing and lying to the court to further there case."
- "Hummmmm????? Sounds and looks like bullshit to me Judge but, you get the last word, I'm just giving you the facts supported by her own shit, her e-mails. You tell me."
- "Judge I ask this court to dismiss this bullshit, and sanction the fuck out of I-85 and Kristal Holmes for defrauding and lying to the court, and filing this baseless lawsuit. I also ask the court to send notice to the Georgia Bar Ethics Committee, because I did some checking and what they have done is COMPLETELY UNETHICAL on a number of fronts. If you don't you can bet you ass I will. You have the proof and I'm sure Defense counsel will be more then glad to show you those e-mails I-85 sent her and write testimony about her drug addict behavior."

Each and every one of the above statements is completely false and defamatory.

On or about April 28, 2014 Defendant Dominique sent an email to Attorney Marc Randzazza and Plaintiff's counsel in which he claimed that he would submit his defamatory claims to the media and the State Bar of Georgia and the U.S.

10

Attorney's Office. According to Dominique, "I almost forgot, I also sent a copy of this motion and her contact at that legal news place that she sent this lawsuit to, to the Georgia Bar along with both their affidavits and filings, asking them to bring them up to the ethics board there in Georgia." (see Dominique's email attached hereto as Exhibit "B").

On or about May 1, 2014, Dominique emailed copies of pleadings, emails between attorney for the Plaintiff and Attorney Marc Randazza (attorney for the Doe Defendants), and emails between attorney for the Plaintiff and himself which contain his defamatory statements and allegations to the media, namely Court House News at csage@courthousenews.com (see Dominique's email attached hereto as Exhibit "C"). Apparently, Attorney Randazza has been sending Dominique copies of emails between him and Attorney Finch.

Upon information and belief, sometime shortly after this lawsuit was filed, the post was removed from the website Reportyourex.com. However, because Defendant Dominique has sent the defamatory post to the media along with numerous emails and he has threatened to send is false and defamatory statements to the State Bar of Georgia and the U.S. Attorney's Office, Plaintiff has no choice other than to seek injunctive relief from the Court. Since this lawsuit began, Defendant Dominique has continued to unnecessarily harass and threaten the

Plaintiff and her attorney with his deranged emails on a weekly basis. Plaintiff brings this motion because she wishes to ensure that none of the Defendants republish the post while this action is pending.

### I. Plaintiff has met the requirements for the issuance of temporary and preliminary injunctive relief.

This Court should grant the requested relief because the applicable criteria for granting injunctive relief are clearly met. In the Eleventh Circuit, courts must consider four factors in deciding whether to grant interlocutory injunctive relief: "(1) a substantial likelihood that he will ultimately prevail on the merits; (2) that he will suffer irreparable injury unless the injunction issues; (3) that the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) that the injunction, if issued, would not be adverse to the public interest." Zardui-Quintana v. Richard, 768 F.2d 1213, 1216 (11th Cir. 1985); Gold Coast Publications, Inc. v. Corrigan, 42 F.3d 1336, 1343 (11th Cir.1994).

"The purpose of a preliminary injunction is merely to preserve the relative positions of the parties until a trial on the merits can be held." University of Texas v. Camenisch, 451 U.S. 390, 395 (1981). "[A] preliminary injunction is customarily granted on the basis of procedures that are less formal and evidence that is less complete than in a trial on the merits." Id. "At the preliminary injunction stage, a

district court may rely on affidavits and hearsay materials which would not be admissible evidence for a permanent injunction, if the evidence is 'appropriate given the character and objectives of the injunctive proceeding.'" Levi Strauss & Co. v. Sunrise Intern. Trading Inc., 51 F.3d 982, 985 (11th Cir. 1995).

As the Plaintiff can establish these four factors, preliminary injunctive relief should be granted.

**a) Plaintiff has a likelihood of success on the merits.**

"A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. National Resources Defense Council*, Inc., 555 U.S. 7 (2008). A preliminary injunction is especially appropriate where, it will "preserve the status quo and prevent allegedly irreparable injury until the court has the opportunity to decide whether to issue a permanent injunction." *Schiavo exrel. Schindler v. Schiavo*, 403 F.3d 1261, 1262 (11th Cir. 2005) (quoting *Klay v. United Healthgroup,* Inc., 376 F.3d 1092, 1101 n.13 (11th Cir. 2004)).

As detailed below, Plaintiff easily passes this hurdle. Defendant Reportyourex.com encourages spurned ex-boyfriends, ex-girlfriends and ex-wives and ex-husbands from all over the United States to post derogatory statements

about former partners following a break-up. On or about August 28, 2013, Defendant Dominique maliciously wrote and posted a false and defamatory statement about the plaintiff utilizing reportyourex.com. The statement is defamatory, libelous, wholly inappropriate. The post was in fact published by Reportyourex.com.

> A prima facia case of defamation consists of the following elements:
> (1) that the defendant made a defamatory communication-i.e., that he communicated a statement tending to expose the plaintiff to public scorn, hatred, contempt, or ridicule to a third person who reasonably recognized the statement as being defamatory;
> (2) that the statement was false;
> (3) that the defendant was at fault in communicating the statement; and
> (4) that the plaintiff suffered harm.

*Peroutka v. Streng*, 116 Md.App. 301, 311, 695 A.2d 1287 (1997) (quoting *Shapiro v. Massengill*, 105 Md.App. 743, 772, 661 A.2d 202, cert. denied, 341 Md. 28, 668 A.2d 36 (1995)). See *Gohari v. Darvish*, 363 Md. 42, 54, 767 A.2d 321 (2001). "A defamatory statement is one which tends to expose a person to public scorn, hatred, contempt or ridicule, thereby discouraging others in the community from having a good opinion of, or from associating or dealing with, that person." *Batson v. Shiflett*, 325 Md. 684, 722-23, 602 A.2d 1191 (1992) (quoting *Bowie v. Evening News*, 148 Md. 569, 574, 129 A. 797 (1925)). The allegation that a person is a thief constitutes defamation per se. See R.J. Gilbert and P.T. Gilbert,

Plaintiff easily clears the likelihood of success on the merits hurdle, because Defendant Dominique caused to be published and Defendant Reportyourex.com did publish published false materials regarding Plaintiff designed to harm her professional reputation, emotional wellbeing and business. Moreover, Dominique, continues to publish these false and malicious statements even while this action is pending.

**b)  Plaintiff will suffer irreparable harm in the absence of an injunction.**

Plaintiff will suffer irreparable harm absent the issuance of an injunction. After Plaintiff wrote to Defendants and demanded that they cease and desist from publishing the untrue and defamatory post, Defendants continued to publish the post. And as of the date of this Motion, Dominique has further caused the publication of the defamatory statements beyond his post on Reportyourex.com.

The falsehoods published by Defendants were designed to and have negatively impacted The Plaintiff, her law practice and her ability to find employment and have caused harm and embarrassment, damaging the Plaintiff's reputation and causing others to question her businesses practices. Absent preliminary injunctive relief, these harms will continue, if not accelerate. The purpose of a preliminary injunctive relief is "to protect the status quo and to prevent

irreparable harm during the pendency of a lawsuit ultimately to preserve the court's ability to render a meaningful judgment on the merits." *In re Microsoft Antitrust Litigation*, 333 F.3d 517, 525 (4th Cir. 2003). Irreparability of harm, for purposes of preliminary injunctive relief, includes the impossibility of ascertaining with any accuracy the extent of the loss. *Blackwelder Furniture Co. of Statesville, Inc. v. Seilig Mfg. Co., Inc.*, 550 F.2d 189 (4th Cir. 1977). A reason for granting a preliminary injunction is to protect a party against irreparable harm which can take place in the form of injury to such party's good will. *Parke, Davis & Co. v. Green Willow, Inc.*, 205 F.Supp. 346 (S.D.N.Y.1962). As the Plaintiff will suffer irreparable injury absent the issuance of an injunction, the requested injunctive relief should be granted.

Moreover, since Dominique has sent copies of emails and pleadings to at least one media outlet and it is evident from Dominique that he intends to submit his defamatory claims the State Bar of Georgia and the U.S. Attorney's Office, Plaintiff has already suffered additional harm at the hands of Dominique.

Dominique has a history of filing tasteless and inappropriate pleadings in other cases. In *Grambling T. Dominique, Jr. v. Derrick Locklear, et al*, Case No. 1:06-CV-2289-JECa, Northern District of Georgia, portions of the court record were sealed due to Dominique's lack of decorum and tasteless language. The case

was ultimately dismissed due to Dominique's inappropriate conduct in light of the court's order (See the Order of January 13, 2009, attached hereto as Exhibit "D"). Dominique lacks the ability to engage in the judicial system of this country without being nasty and inappropriate and his actions will continue if he is not restrained in some way.

### c)   Defendants will not be harmed by the issuance of an injunction.

Defendants cannot be harmed by being ordered to cease publishing untrue and defamatory material. An injunction would not prohibit Defendant Reportyourex.com from operating their website. In fact, Defendant Reportyourex.com removed the defamatory post from it's website shortly after this lawsuit was filed. An restraining order will not prohibit the Dominique from his First Amendment right of free speech. Only Defendants' false, misleading or defamatory statements will be enjoined. Accordingly, Defendants cannot be harmed by entry of an injunction which prohibits Defendants from engaging in unlawful conduct.

### d)   The public interest demands that the Defendants be enjoined.

The public interest weighs heavily in favor of entry of a temporary and preliminary injunction to restrain Defendants from further defaming Plaintiff. The public benefits by enjoying the fruits of legitimate discussion, not the retaliatory

publication of false and defamatory statements. To the contrary, Defendants Dominique's false statements, are, and will continue, to irreparably harm Plaintiff.

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that the Court issue a temporary restraining order (1) enjoining all of the Defendants in this action from republishing the defamatory post at issue in this lawsuit; (2) enjoining Defendant Grambling T. Dominique, Jr. from filing defamatory and tasteless pleadings; (3) enjoining Dominique from causing further publication of any pleadings and communications between he and counsel in any other forum; (4) that the Court issue and order permanently sealing the record involving this case; and (5) for any further relief that the Court deems just and proper.

This 1st day of May, 2014.

/s/ Sandra Finch
SANDRA FINCH
Georgia Bar No. 446264

The Russell's Law Firm, PLC
4333 Dunwoody Park, Unit 2213
Atlanta, GA 30338
706-461-1760

LR 7.1.D., NDGa CERTIFICATION

The undersigned counsel for Plaintiff states and certify that the foregoing motion has been prepared with one of the font and point selections approved by the court in LR 5.1B.

/s/ Sandra Finch<br>
SANDRA FINCH<br>
Georgia Bar No. 446264

The Russell's Law Firm, PLC
4333 Dunwoody Park, Unit 2213
Atlanta, GA 30338
706-461-1760