ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN - 6 2014

JAMES N. HATTEN, Clerk
BY: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KRISTAL HOLMES,

 Plaintiff,

vs.

GRAMBLING T. DOMINIQUE, JR.
a.k.a ERNEST EUGENE SLADE,

TRUTH IN POSTING, LLC
d/b/a truthinposting.com, &
MARGARET PICKARD,

NICHOLAS ANTHONY COLLINS,
d/b/a SUPR and/or SUPR. CO.

REMOVE NAMES, INC.,

WEB SOLUTION HOLDINGS, INC,

VIAVIEW, INC,

And

JOHN DOE #1.

 Defendants.

CASE NO.: 1:13-CV-04270-HLM

SEALED FILE

## PLAINTIFF'S MOTION AND MEMORANDUM OF LAW TO STRIKE GRAMBLING T. DOMINIQUE JR.'S MOTION TO DISMISS

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiff Kristal Holmes respectfully moves this Court for an Order 1) striking Defendant

1

Grambling T. Dominique, Jr.'s "Motion to Dismiss this Bullshit" (attached hereto as **Exhibit A**) in the event that it is ever filed with the Court; 2) that the Court issue an Order requiring Defendant Dominique to abide by the Rules of the Court in his pleadings and communications with counsel; 3) enjoining Dominique from causing further publication of his motion in any other forum; 4) that this Court will issue an Order placing this case under permanent seal; and 5) for any other relief this Court deems just and appropriate.   Plaintiff seeks such relief upon the grounds that Defendant Dominique's motion, if in fact it has been filed or is ever filed, has been made for purpose of launching scandalous attacks upon the Plaintiff and her counsel and as such they are wholly inappropriate in pleadings before this Court and should be stricken pursuant to Rule 12(f).

I. <u>This Court Should Strike Defendant Dominique's Motion Pursuant to Federal Rule 12 (f)</u>

Federal Rule 12(f) provides, in pertinent part, that "[u]pon motion made by a party . . . the court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f); see Wright and A. Miller, Federal Practice and Procedure (Civil) 2d § 1382, at 465 (2004) ("'Scandalous' matter is that which improperly casts a derogatory light on someone, most typically on a party to the action.") (footnote omitted); 2 Moore's Federal Practice § 12.37[3] at 12-97 ("'Scandalous' generally refers to any

allegation that unnecessarily reflects on the moral character of an individual or states anything in repulsive language that detracts from the dignity of the court.") (footnote omitted).

While motions to strike are generally disfavored, "the disfavored character of Rule 12(f) is relaxed somewhat in the context of scandalous allegations and matter of this type often will be stricken from the pleadings in order to purge the court's files and protect the person who is the subject of the allegations." 5C C. Wright and A. Miller, Federal Practice and Procedure (Civil)2d § 1382, at 466-67 (2004); 2 see *Metrokane, Inc. v. The Wine Enthusiast*, 160 F. Supp. 2d 63 641-42 (S.D.N.Y. 2001) ("Generally, motions to strike are disfavored and usually granted only for scandalous material.") (citation omitted).

The striking of offensive material is particularly appropriate when the offensive material is not responsive to an argument but, rather, constitutes an inappropriate attempt to abuse the Court's process to attack an individual personally. See, e.g., *Magill v. Appalachia Intermediate Unit 08*, 646 F. Supp. 339, 343 (W.D. Pa. 1986) (striking allegations that "reflect adversely on the moral character of an individual who is not a party to this suit" which were "unnecessary to a decision on the matters in question"); see also *Pigford v. Veneman*, 215 F.R.D. 2, 4-5 (D.D.C.2003) (striking unfounded accusations that opposing counsel was racist); *Murray v. Sevier*, 156 F.R.D. 235, 258 (D. Kan. 1994) (striking allegation

that defendant and his counsel "bought off" and paid "hush money" to prospective witnesses); *Cairns v. Franklin Mint Co.*, 24 F. Supp. 2d 1013, 1037 (C.D. Cal. 1998) (striking allegation that "defendants are '[l]ike vultures feeding on the dead'"); *Nault's Automobile Sales, Inc. v. American Honda Motor Co.*, 148 F.R.D. 25, 29-34(D.N.H. 1993) (noting that "[w]ith each passing week the pleadings assumed a more hostile and accusatory tone" and striking scandalous assertions).

Defendant Dominique's entire pleading is deranged, disjointed, wholly inappropriate, defamatory and offensive. For the purpose of this motion, the inappropriate language is as follows:

- "The Plaintiff, Ms. Kristal Holmes through her attorney Sandy Filth-Le Can here-in refer to as "I-85", due to her WELL KNOWN HISTORY OF EXTREME PROMISCUITY OF MEN UP AND DOWN THE I-85 expressway from South Carolina to Alabama and, for her abuse of CRACK COCAINE. Please take that thought inconsideration when you receive another one of their filings. If they would lie to the court about this little shit in order to defeat the Georgia Long Arm Statue, you can bet your ass they are lying about the whole goddamn thing."
- "It was concerning a sequence of many of her unwanted e-mail she set to me during a month long argument I-85 and I had in which I repeatedly told the bitch to stop contacting me if she does not prove that she represent Kristal Holmes in our un-filed child custody case concerning my daughter Kristal and I share."
- Further, like I said, I have some e-mails of my own Judge, those that I have-have direct barring on THIS CASE... I-85 sent to Defendants Counsel Marc Randazza. In these e-mails, I-85 claims that she has hired an private investigator to assist her in locating me when I told her in that out of sequence e-mail that I reside in Miami Beach, Florida. Well Judge, as I told you above, her investigator must have been on Crack too or the dumbest muthafucking investigator in

Georgia, which dealing with I-85, that's not to much of a surprise, Judge."

- I say this because the address they use I have not lived at for 5 years because the only way they could have got it is through the DEKALB COUNTY COURT SYSTEM under Dispossessory or some shit ass term Dekalb County uses other then calling it "Eviction Court", like every other goddamn jurisdiction in the world, it's the only matter I HAVE EVER HAD WITH DEKALB COUNTY! If you enter my name in any of there court related systems two cases will both pop up, THERE"S NO WAY AROUND IT! Cases 08-D-87339 and 08-D-873223, both evictions cases, are the only matters. THERE NO WAY AROUND IT THAT YOU CAN CONFUSE IT WITH ANYTHING ELSE. SO, you mean to tell me the despite being on drugs, she is also a dumbass lawyer too? THERE NO GODDAMN WAY A LAWYER WHO IS, OR NOT ON DRUGS COULD NOT KNOW WHAT THE LANGUAGE, CODING OF CASES AND COURTROOMS THERE HELD IN OR, THE SHOP TALK IN THE DEKALB COUNTY CLERKS OFFICE BULLSHIT  WHO CONDUCTS BUSINESS THERE AND REVIEWS CASES WHAT THE CASE NUMBER CODING MEANS, dope addict or not! So I just want to head the lie off from the start just in case she rebuts this with that bullshit and wastes any more of yours and my time. And as you will read Judge in one of the e-mails I will provide you set to me by I-85, she claims to be VERY VERSED WITH THE DEKALB COUNTY CLERKS SYSTEM."
- "Lastly, only one of the cases has an order of possession attached to them. The other one was dismissed. So you mean that a seasoned lawyer and her investigator who she hired is just going to look at one case and not the other one which, I need to add are a month apart ...July-87323-Dismissed, and August-87339-Order of possession issued) , does that make any godamn sense? That is the only place she could have got that address because I still have an Illinois drivers license, not a Georgia one, not a Florida one."
- "The order for possession was issued August 14th, 2008 in Dekalb County State Court. Even my un-computer-savvy ass pulled it up on the Dekalb County Website, ww.ojs.dekalbga.org, so surely a lawyer of any degree of brains, including, I-85's drug addict ass, should have no trouble doing so just like I did, correct? This is a lawyer who pulled RICO out her ass to further this worthless farce of a case that you found creditable."

5

- "So, the question is, is she a lying crack addict bitch, or incompetent and on drugs, or both? Or, did she just forget to add that little bit of info? So lets be clear, since there's no goddamn way that anyone could get this address without clicking on the cases under the eviction docket in the Dekalb County Clerk system, they knew that the information they provided to the court that was sworn to in by attached affidavit by plaintiff, in their filing/motion was false and thus, perpetrated a fraud on the court to defeat the Georgia Long Arm Statue by saying that that 4371 Winters Chapel Address was current for me at all."
- "Here let me help her with the facts, Once a court of competent authority orders my ass to leave the property for non-payment, (one month) the apartment gets repossession 7 days later, unless paid, not 5 years later. Also, the only reason I rented the apartment in the first place was that I was suing Gwinnett County in Federal Court Northern District of Gerogia, downtown Atlanta: 105cv74- Dominique v Gwinnett County et all, and I needed a place to stay when I came to Georgia to fight the case FROM MY HOME IN CHICAGO, ILLINOIS where I still keep a place."
- "When I first met I-85 it was at their law office Kristal and her shared. She and a guy got out of a fucked up rusty damaged red late model Nisan Z. She walked in with the another crack head guy (who later I was told by Kristal worked for them off the books and was a dis-barred lawyer) who's clothes were dis-shoveled wrinkled and dingy as hell, as were I-85. He was a white guy with dirty blond hair and steel blue eyes. He had on a pair of the dirtiest kacki brown cargo shorts I have ever seen in my life, and dingy white (but looked gray) button up shirt with the sleeves rolled up to the elbow. His eyes were blood shot and he also smelled of some sort of liquor. I-85 had on dingy Wrangler blue jeans and a white t-shirt. She looked like she slept in her clothes from the night before, and her hair was pulled back from her face, and unwashed."
- "His (and her) nose was bright red, like a fucking stop light and he reeked of cocaine and crack. As Kristal introduced me to I-85, I notice she too smelled of crack. A short time later in Kristal's office after I smelled the un-mistakable smell of crack on her person as she walked by me to take her piece of chicken back to her office when I brought them lunch (a cheap one-KENTUCKY FRIED CHICKEN. Judge, this is first and only time I have ever met with I-85) I decided to ask

- Kristal did she know or suspect that her law partner and friend were smoking crack."
- "I inquired to Kristal if she knew that I-85 was on drugs and I proceeded to tell her what I smelled on her as she passed me. Kristal stated to me that I was correct in what I was smelling, that indeed I-85 was on drugs and so was the guy with her. I asked Kristal why she was in partnership with her if she was on drugs and had drug addicts working for her/them off the books, she stated that she felt sorry for her because know one else wanted to partner up with her ass and it was cheaper to partner up with her then to be on her own."
- "As the court will see, and review in attached e-mails and court documents I will provided the court, I-85 contacted me after I contacted Kristal after 2 years of no contact at all, to inquire about why she called, who she thought was my deceased mother but, was in fact my oldest sister, to tell her of the website she set up and I responded to with the truth. "
- "MY SISTER TAPED THE CONVERSATION, Kristal is ON TAPE ADMITTING TO MY SISTER THAT SHE PURPOSELY TOLD ME THAT OUR CHILD HAD DIED AT BIRTH BECAUSE SHE WAS SCARED OF RAISING OUR DAUGHTER ALONE????! WHAT KIND OF STUPID ASS SHIT IS THAT JUDGE, HUH? Is that not the STUPIDEST SHIT YOU EVER HEARD?"
- "Anyway, Like I said, I-85 contacted me first by phone through my Relay Service and and then at my request at first, by e-mail, so I could have a record of it, and to make it easy for her to communicate with me. She then begun falsely mis-representing herself as Kristal's attorney, which as it turned out, she was not like I thought, under the guise that I should care to remember her from the first and only time we met."
- "She was trying get me to down play Judge, get this now, the fact that Kristal told me that our child was dead stating that KNOWONE WOULD CARE THAT SHE TOLD ME THAT FUCKING BULSHIT TO KEEP ME FROM FILING FOR A PUBLIC CUSTODY HEARING?!!!!! So lets agree to a out of court agreement and Kristal won't appose my visitation???!!! What? Like I give a fuck what she apposes? Fuck her, SHE LIKE AND TOLD ME ALL THIS TIME MY CHILD, MY BABY WAS DEAD! DIED AT BIRTH!!! Fuck outta here, I told her I dont know your ass but I do remember you, and if your represent Kristal please send me a letter of representation signed by her. I got it all in writing Judge."

7

- "I-85 tried to talk me out of filing an formal decree for custody and not bring to light what Kristal had done, lying about the baby to me being alive. (She stated, Let's just agree to a mutual understanding so you can legitimize your child without trying to bring to light what she did so you can start paying child support and seeing KRISTALS CHILD, she said. The court and nobody else will not care that she told you that the baby died at birth, I-85 said.)"
- "Nothing ass bitch, Yeah, I'll agree to that bullshit when you put that godamn crack pipe down, You nothing bitch. So we both know that's a NEVER, right?! Fuck outta here! The court was going to know what she did concerning my desire to see my baby when I filed for custody of OUR daughter, Because I was going to tell it! The court was going to hear that Kristal told me that it had died at birth and was buried next to her Pop in GARY, Indiana some goddamn where 16 months prior. She would not tell me where. WHY? You got me Judge, but that's what happen. Now I fucking know why."
- "DOES THIS COURT HAVE ANY FUCKING IDEA HOW MANY CEMETERIES I VISITED, or CALLED in that nothing ass city looking for my babies final resting place behind her bullshit? Not knowing all the time it was a fucking lie, nothing ass bitch that she is."
- "I learned my daughter was in fact alive after I read a online news report in a Atlanta area paper where Kristal was being interviewed after she was hired for a States Attorney job in one of those werido ass cities in Gwinnett County. During her interview in article Kristal stated how great her life had become since becoming a mother 16 mounths prior?????? WHAT THE FUCK?!!!! That nothing ass bitch! That's my baby! My daughter was alive and well and she told me she died at birth!"
- "So judge, that's the whole story. That's what the beef is all about. The only person who has been defamed is me. Kristal set up the website, I responded to it with the goddamn truth and that's that. The only person who could benefit by the statements made before I responded to that website was Kristal. If she did not want to receive my truthful statements then her ass should not have placed the website on the internet in the first place. People in glass houses should not throw stones."
- "She also has made the exact comments on other like websites which I will also included here and, she also broke into my Hotmail e-mail and set it up in such a way that if anybody who e-mails me via

    Hotmail they will receive a message that I steal money from women and, I owe her 300 dollars and that I made inquiries to her doctor about our baby, and that there is no baby. Oh yeah, if I reach out to her doctors or come to the hospital she'll have me prosecuted. Judge, this did not come to my attention until recently but, not withstanding the derogatory comments she has already made about my deceased mother, she just recently contacted my oldest daughter, harassing her as well. "

- "Judge, I-85 has crossed the line 3 times too many. People must be held accountable for actions. That's all I'll say on that."
- "Judge, I will also include that e-mail and hey, if you find the time, e-mail my HOTMAIL ACCOUNT for yourself and see for yourself. I'm not smart enough to cut it off or to try to figure out how she done it to turn the notice off. My hot mail account is GTDOMINIQUE72@hotmail.com....Don't just take my word for it, I ONLY DEAL IN FACTS JUDGE! LIKE I SAID SHE IS THE ONLY ONE WHO WILL BENEFIT FROM THESE statements and the two of us are the only ones who knew are personal information."
- "I don't know a sole in Georgia, other then Kristal. And for damn sure did not get into a beef with ANYONE who would benefit from OUR CHILD CUSTODY ISSUE other then Kristal. So knowone I would know would have a goddamn reason to do this shit in Georgia, where I was told the site set up originated from. "
- "Oh yeah Judge, did you know that I-85 cuss out defense counsel for informing me about this case? No, Here let me tell you this shit too. She chopped him off at the knees and tried to tear him a new one for reaching out to me HERE IN MIAMI, to inform me about this case!"
- "Now this is a person who claims that she could or to quote her, WOULD NEVER FIND ME to serve me about this case, ok?So she goes to Marc Randazza, "Hey, WHY WOULD YOU TELL HIM ABOUT THIS CASE? what gives you the right to do that? He is going to kill me! If I turn up dead it's on you Mr. Randazza!", she actually said that shit in writing judge? All this was communcation between them, Counsel just sent it to mebecause he felt I had a right to know and he was puzzeld why she did not want the "STAR DEFENDANT", or primary one for lack of a better term, about this case at all???? I got all the e-mails Judge, so does Mr. Randazza. I will attach then to this motion."
- "She also accused him of giving me legal advice. This is coming from a person who told the court that she could not find me and lied to the

- court about my 5 year old address to establish jurisdiction. But here's the kicker, defense counsel found me in one day of this bullshit being filed RIGHT HERE IN MIAMI BEACH, where I been since June, 2013. I'm not at all hiding from you or them at all. How could I be when clearly they did not want me to know about this damn thing and lying to the court to further there case."
- "Hummmmm????? Sounds and looks like bullshit to me Judge but, you get the last word, I'm just giving you the facts supported by her own shit, her e-mails. You tell me."
- "Judge I ask this court to dismiss this bullshit, and sanction the fuck out of I-85 and Kristal Holmes for defrauding and lying to the court, and filing this baseless lawsuit. I also ask the court to send notice to the Georgia Bar Ethics Committee, because I did some checking and what they have done is COMPLETELY UNETHICAL on a number of fronts. If you don't you can bet you ass I will. You have the proof and I'm sure Defense counsel will be more then glad to show you those e-mails I-85 sent her and write testimony about her drug addict behavior."

Each and every one of the above statements is completely false and defamatory. Defendant Dominique's disregard for civility saturates his entire pleading, and were the Court simply to order the deletion of the offensive statements, Defendant Dominique's motion would more resemble Swiss cheese than a legal document. Moreover, it is the responsibility of the Defendant to file pleadings that conform to the Court's rules; it is not the responsibility of Plaintiff's counsel to seek relief to sanitize Defendant's pleadings.

Moreover, Dominique has a history of filing tasteless and inappropriate pleadings in other cases. In *Grambling T. Dominique, Jr. v. Derrick Locklear, et al*, Case No. 1:06-CV-2289-JECa, Northern District of Georgia, portions of the court record were sealed due to Dominique's lack of decorum and tasteless

language. The case was ultimately dismissed due to Dominique's inappropriate conduct in light of the court's order (See the Order of January 13, 2009, attached hereto as **Exhibit "B"**).

Accordingly, the only meaningful relief for Defendant Dominique's abuse of the judicial process is an order striking his entire pleading, coupled with directives that Dominique take all steps necessary to prevent the further publication of his motion in any other forum since he has threatened to send this publication to the State Bar of Georgia and to certain media outlets. Dominique states to attorney Marc Randazza, counsel for the Doe Defendants, "I almost forgot, I also sent a copy of this motion and her contact at that legal news place that she sent this lawsuit to, to the Georgia Bar along with both their affidavits and filings, asking them to bring them up to the ethics board there in Georgia." (see Dominique's email attached hereto as Exhibit "C").

## CONCLUSION

For the foregoing reasons, Defendants respectfully ask this Court for an Order 1) striking Defendant Grambling T. Dominique, Jr.'s Motion to Dismiss if it has been filed or ever is filed; 2) that the Court issue an Order requiring Defendant Dominique to abide by the Rules of the Court in his pleadings and communications with counsel; 3) enjoining Dominique from causing further publication of his motion in any other forum; 4) that this Court will issue an Order placing this case

under permanent seal; and 5) for any other relief this Court deems just and appropriate.

This 6th day of June, 2014.

/s/ Sandra Finch
SANDRA FINCH
Georgia Bar No. 446264

The Russell's Law Firm, PLC
4333 Dunwoody Park, Unit 2213
Atlanta, GA 30338
706-461-1760

LR 7.1.D., NDGa CERTIFICATION

The undersigned counsel for Plaintiff states and certify that the foregoing motion has been prepared with one of the font and point selections approved by the court in LR 5.1B.

/s/ Sandra Finch
SANDRA FINCH
Georgia Bar No. 446264

The Russell's Law Firm, PLC
4333 Dunwoody Park, Unit 2213
Atlanta, GA 30338
706-461-1760

## CERTIFICATE OF SERVICE

The undersigned certifies that, as required by Federal Rule of Civil Procedure 5(b), the foregoing document has been served as follows:

**VIA FIRST CLASS MAIL:**

Cary S. Wiggins
Wiggins Law Group
Suite 401
260 Peachtree Street, NW
Atlanta, GA 30303
cary@wigginslawgroup.com

Marc J. Randazza
3625 S. Town Center Drive, Ste. 150
Las Vegas, NV 89135
ecf@randazza.com

Zachariah B. Parry, Esq.
PICKARD PARRY KOLBE
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
zach@ppk-law.com

Steven W. Hardy
800 Johnson Ferry Rd., NE
Atlanta, GA 30342
Steve.hardy@hardylegal.com

**VIA EMAIL:**

Grambling T. Dominique
gtdominique72@yahoo.com

This 6th day of June, 2014.

/s/ Sandra Finch
SANDRA FINCH
Georgia Bar No. 446264

The Russell's Law Firm, PLC
4333 Dunwoody Park, Unit 2213
Atlanta, GA 30338
706-461-1760