# EXHIBIT A

| | |
|---|---|
| From: | Grambling T dominique, jr |
| To: | Sandra Finch |
| Subject: | Fw: Just a heads up of my Motion to Dismiss. I know it"s ruff and all but, it"s me. I"m filing it Piasan, as is because it"s the truth. |
| Date: | Sunday, April 27, 2014 10:09:06 PM |
| Attachments: | ~Ba8765.pdf<br>(4300 unread) - gtdominique72 - Yahoo Mail.htm |

On Thursday, April 24, 2014 11:14 AM, "Grambling T dominique, jr" <gtdominique72@yahoo.com> wrote:

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA

case number #1-13-CV-04270-HLM

**KRISTAL HOLMES, aka Jane Doe**

v

**GRAMBLING T. DOMINIQUE, JR**

### Motion To Dismiss This Bullshit

The court has received Knowingly False and, **CLEAR** Fraudulent Mis-leading Information in the filings from this Plaintiff through, and COMPLICIT with, her Attorney, Perpetrating this fraud and blantenly lying to the Court regarding DEFENDANTS Georgia Residency in effort to mis-lead the court to rule in favor of Plaintiff to Defeat The Georgia Long Arm Restrictions

Judge, may it please the court,

Comes now the DEFENDANT, Mr. Grambling T. Dominique, Jr acting PRO-Se, for now anyway, in the above styled case. Judge, the court has has a fraud perpetrated on it by the Plaintiff and her counsel and is not in procession of the full facts in this case as Fraudulently presented to by these two.

The Plaintiff, Ms. Kristal Holmes through her attorney Sandy Filth-Le Can herein refer to as "I-85", due to her WELL KNOWN HISTORY OF EXTREME PROMISCUITY OF MEN UP AND DOWN THE I-85 expressway from

South Carolina to Alabama and, for her abuse of CRACK COCAINE. Please take that thought inconsideration when you receive another one of their filings. If they would lie to the court about this little shit in order to defeat the Georgia Long Arm Statue, you can bet your ass they are lying about the whole goddamn thing.

The bottom line here is the truth, SINCE I was TELLING THE ABSOLUTE TRUTH WHEN I RESPONDED TO KRISTAL WEBSITE, THEN THERES NO DEFAMATION PERIOD! I DON'T LIVE IN GEORGIA. I HAVE NOT HAD A RESIDENCE THERE IN 5 YEARS, and then only for less then a year.

Judge, the court has been fraudulently led to believe that I have a residence in the State of Georgia and that from this residence I posted my rebuttal to the plaintiff- Kristal Holmes website, that she started, it was done from that Winters Chaple address that I had 5 years ago.

Judge, I will attach the e-mails, and FACTUAL DOCUMENTS in the form of a letter from the Apartment Complex MANAGEMENT OFFICE, Jasmine Apartments CORP, and a letter in the form of a Georgia Power final bill which CLEARLY SHOWS THE LAST DAY OF SERVICE AT THAT ADDRESS for me or, in the STATE OF GEORGIA PERIOD, here along with this motion. I-85 sent to the court an e-mail that she claimed supports her lie to the court. What she did not include to the court is all the e-mails between us during that period before they filed this suit, that is, that e-mail is not associated with this issue and, it's one of many in which she did not represent Kristal Holmes but claimed to be, in the matter we were discussing at the time.

It was concerning a sequence of many of her unwanted e-mail she set to me during a month long argument I-85 and I had in which I repeatedly told the bitch to stop contacting me if she does not prove that she represent Kristal Holmes in our un-filed child custody case concerning my daughter Kristal and I share.

Further, like I said, I have some e-mails of my own Judge, those that I have- have direct barring on THIS CASE... I-85 sent to Defendants Counsel Marc Randazza. In these e-mails, I-85 claims that she has hired an private investigator to assist her in locating me when I told her in that out of sequence e-mail that I reside in Miami Beach, Florida. Well Judge, as I told you above, her investigator must have been on Crack too or the dumbest muthafucking investigator in Georgia, which dealing with I-85, that's not to much of a surprise, Judge.

I say this because the address they use I have not lived at for 5 years because the only way they could have got it is through the DEKALB COUNTY COURT SYSTEM under Dispossessory or some shit ass term Dekalb County uses other then calling it "Eviction Court", like every other goddamn jurisdiction in the world, it's the only matter I HAVE EVER HAD WITH DEKALB COUNTY! If you enter my name in any of there court related systems two cases will both

pop up, THERE"S NO WAY AROUND IT! Cases 08-D-87339 and 08-D-873223, both evictions cases, are the only matters. THERE NO WAY AROUND IT THAT YOU CAN CONFUSE IT WITH ANYTHING ELSE. SO, you mean to tell me the despite being on drugs, she is also a dumbass lawyer too? THERE NO GODDAMN WAY A LAWYER WHO IS, OR NOT ON DRUGS COULD NOT KNOW WHAT THE LANGUAGE, CODING OF CASES AND COURTROOMS THERE HELD IN OR, THE SHOP TALK IN THE DEKALB COUNTY CLERKS OFFICE BULLSHIT WHO CONDUCTS BUSINESS THERE AND REVIEWS CASES WHAT THE CASE NUMBER CODING MEANS, dope addict or not! So I just want to head the lie off from the start just in case she rebuts this with that bullshit and wastes any more of yours and my time. And as you will read Judge in one of the e-mails I will provide you set to me by I-85, she claims to be VERY VERSED WITH THE DEKALB COUNTY CLERKS SYSTEM.

Lastly, only one of the cases has an order of possession attached to them. The other one was dismissed. So you mean that a seasoned lawyer and her investigator who she hired is just going to look at one case and not the other one which, I need to add are a month apart ...July-87323-Dismissed, and August-87339-Order of possession issued) , does that make any godamn sense? That is the only place she could have got that address because I still have an Illinois drivers license, not a Georgia one, not a Florida one.

The order for possession was issued August 14th, 2008 in Dekalb County State Court. Even my un-computer-savvy ass pulled it up on the Dekalb County Website, ww.ojs.dekalbga.org, so surely a lawyer of any degree of brains, including, I-85's drug addict ass, should have no trouble doing so just like I did, correct? This is a lawyer who pulled RICO out her ass to further this worthless farce of a case that you found creditable.

So, the question is, is she a lying crack addict bitch, or incompetent and on drugs, or both? Or, did she just forget to add that little bit of info?So lets be clear, since there's no goddamn way that anyone could get this address without clicking on the cases under the eviction docket in the Dekalb County Clerk system, they knew that the information they provided to the court that was sworn to in by attached affidavit by plaintiff, in their filing/motion was false and thus, perpetrated a fraud on the court to defeat the Georgia Long Arm Statue by saying that that 4371 Winters Chapel Address was current for me at all.

Here let me help her with the facts, Once a court of competent authority orders my ass to leave the property for non-payment, (one month) the apartment gets repossession 7 days later, unless paid, not 5 years later. Also, the only reason I rented the apartment in the first place was that I was suing Gwinnett County in Federal Court Northern District of Gerogia, downtown Atlanta: 105cv74-Dominique v Gwinnett County et all, and I needed a place to stay when I came to Georgia to fight the case FROM MY HOME IN CHICAGO, ILLINOIS where I still keep a place.

Oh, yeah, I almost forgot Judge, KRISTAL HOLMES, she paid the filing fee for the FEDERAL CASE while I was in jail in Gwinnett County fighting my criminal case, $680.00. I paid her back in cash when I was released from there at the Lenox Mall in a restaurant I invited her to in order to give her her money. We were not seeing each other formally at that point.

Our relationship did not begin until May of 2010 here in Miami Beach ironically, during Memorial Day weekend. I have the hotel bill to prove it.

Next, This next fact was confirmed to me by I-85's own client, the Plaintiff in this case, Kristal Holmes, when we were dating at the time.

When I first met I-85 it was at their law office Kristal and her shared. She and a guy got out of a fucked up rusty damaged red late model Nisan Z. She walked in with the another crack head guy (who later I was told by Kristal worked for them off the books and was a dis-barred lawyer) who's clothes were dis-shoveled wrinkled and dingy as hell, as were I-85. He was a white guy with dirty blond hair and steel blue eyes. He had on a pair of the dirtiest kacki brown cargo shorts I have ever seen in my life, and dingy white (but looked gray) button up shirt with the sleeves rolled up to the elbow. His eyes were blood shot and he also smelled of some sort of liquor. I-85 had on dingy Wrangler blue jeans and a white t-shirt. She looked like she slept in her clothes from the night before, and her hair was pulled back from her face, and unwashed.

His (and her) nose was bright red, like a fucking stop light and he reeked of cocaine and crack. As Kristal introduced me to I-85, I notice she too smelled of crack. A short time later in Kristal's office after I smelled the un-mistakable smell of crack on her person as she walked by me to take her piece of chicken back to her office when I brought them lunch (a cheap one-KENTUCKY FRIED CHICKEN. Judge, this is first and only time I have ever met with I-85) I decided to ask Kristal did she know or suspect that her law partner and friend were smoking crack.

I inquired to Kristal if she knew that I-85 was on drugs and I proceeded to tell her what I smelled on her as she passed me. Kristal stated to me that I was correct in what I was smelling, that indeed I-85 was on drugs and so was the guy with her. I asked Kristal why she was in partnership with her if she was on drugs and had drug addicts working for her/them off the books, she stated that she felt sorry for her because know one else wanted to partner up with her ass and it was cheaper to partner up with her then to be on her own.

As the court will see, and review in attached e-mails and court documents I will provided the court, I-85 contacted me after I contacted Kristal after 2 years of no contact at all, to inquire about why she called, who she thought was my deceased mother but, was in fact my oldest sister, to tell her of the website she

set up and I responded to with the truth.

MY SISTER TAPED THE CONVERSATION, Kristal is ON TAPE ADMITTING TO MY SISTER THAT SHE PURPOSELY TOLD ME THAT OUR CHILD HAD DIED AT BIRTH BECAUSE SHE WAS SCARED OF RAISING OUR DAUGHTER ALONE????! WHAT KIND OF STUPID ASS SHIT IS THAT JUDGE, HUH? Is that not the STUPIDEST SHIT YOU EVER HEARD?

Anyway, Like I said, I-85 contacted me first by phone through my Relay Service and and then at my request at first, by e-mail, so I could have a record of it, and to make it easy for her to communicate with me. She then begun falsely mis-representing herself as Kristal's attorney, which as it turned out, she was not like I thought, under the guise that I should care to remember her from the first and only time we met.

She was trying get me to down play Judge, get this now, the fact that Kristal told me that our child was dead stating that KNOWONE WOULD CARE THAT SHE TOLD ME THAT FUCKING BULSHIT TO KEEP ME FROM FILING FOR A PUBLIC CUSTODY HEARING?!!!!! So lets agree to a out of court agreement and Kristal won't appose my visitation???!!! What? Like I give a fuck what she apposes? Fuck her, SHE LIKE AND TOLD ME ALL THIS TIME MY CHILD, MY BABY WAS DEAD! DIED AT BIRTH!!! Fuck outta here, I told her I dont know your ass but I do remember you, and if your represent Kristal please send me a letter of representation signed by her. I got it all in writing Judge.

I-85 tried to talk me out of filing an formal decree for custody and not bring to light what Kristal had done, lying about the baby to me being alive. (*She stated, Let's just agree to a mutual understanding so you can legitimize your child without trying to bring to light what she did so you can start paying child support and seeing KRISTALS CHILD, she said. The court and nobody else will not care that she told you that the baby died at birth, I-85 said.*)

Nothing ass bitch, Yeah, I'll agree to that bullshit when you put that godamn crack pipe down, You nothing bitch. So we both know that's a NEVER, right?! Fuck outta here! The court was going to know what she did concerning my desire to see my baby when I filed for custody of OUR daughter, Because I was going to tell it! The court was going to hear that Kristal told me that it had died at birth and was buried next to her Pop in GARY, Indiana some goddamn where 16 months prior. She would not tell me where. WHY? You got me Judge, but that's what happen. Now I fucking know why.

DOES THIS COURT HAVE ANY FUCKING IDEA HOW MANY CEMETERIES I VISITED, or CALLED in that nothing ass city looking for my babies final resting place behind her bullshit? Not knowing all the time it was a fucking lie, nothing ass bitch that she is.

I learned my daughter was in fact alive after I read a online news report in a Atlanta area paper where Kristal was being interviewed after she was hired for

a States Attorney job in one of those werido ass cities in Gwinnett County. During her interview in article Kristal stated how great her life had become since becoming a mother 16 mounths prior?????? WHAT THE FUCK?!!!! That nothing ass bitch! That's my baby! My daughter was alive and well and she told me she died at birth!

So judge, that's the whole story. That's what the beef is all about. The only person who has been defamed is me. Kristal set up the website, I responded to it with the goddamn truth and that's that. The only person who could benefit by the statements made before I responded to that website was Kristal. If she did not want to receive my truthful statements then her ass should not have placed the website on the internet in the first place. People in glass houses should not throw stones.

She also has made the exact comments on other like websites which I will also included here and, she also broke into my Hotmail e-mail and set it up in such a way that if anybody who e-mails me via Hotmail they will receive a message that I steal money from women and, I owe her 300 dollars and that I made inquiries to her doctor about our baby, and that there is no baby. Oh yeah, if I reach out to her doctors or come to the hospital she'll have me prosecuted. Judge, this did not come to my attention until recently but, not withstanding the derogatory comments she has already made about my deceased mother, she just recently contacted my oldest daughter, harassing her as well.

Judge, I-85 has crossed the line 3 times too many. People must be held accountable for actions. That's all I'll say on that.

Judge, I will also include that e-mail and hey, if you find the time, e-mail my HOTMAIL ACCOUNT for yourself and see for yourself. I'm not smart enough to cut it off or to try to figure out how she done it to turn the notice off. My hot mail account is GTDOMINIQUE72@hotmail.com....Don't just take my word for it, I ONLY DEAL IN FACTS JUDGE! LIKE I SAID SHE IS THE ONLY ONE WHO WILL BENEFIT FROM THESE statements and the two of us are the only ones who knew are personal information.

I don't know a sole in Georgia, other then Kristal. And for damn sure did not get into a beef with ANYONE who would benefit from OUR CHILD CUSTODY ISSUE other then Kristal. So knowone I would know would have a goddamn reason to do this shit in Georgia, where I was told the site set up originated from.

Oh yeah Judge, did you know that I-85 cuss out defense counsel for informing me about this case? No, Here let me tell you this shit too. She chopped him off at the knees and tried to tear him a new one for reaching out to me HERE IN MIAMI, to inform me about this case!

Now this is a person who claims that she could or to quote her, WOULD NEVER FIND ME to serve me about this case, ok?So she goes to Marc Randazza, "Hey,

WHY WOULD YOU TELL HIM ABOUT THIS CASE? what gives you the right to do that? He is going to kill me! If I turn up dead it's on you Mr. Randazza!", she actually said that shit in writing judge? All this was communcation between them, Counsel just sent it to mebecause he felt I had a right to know and he was puzzeld why she did not want the "STAR DEFENDANT", or primary one for lack of a better term, about this case at all???? I got all the e-mails Judge, so does Mr. Randazza. I will attach then to this motion.

She also accused him of giving me legal advice. This is coming from a person who told the court that she could not find me and lied to the court about my 5 year old address to establish jurisdiction. But here's the kicker, defense counsel found me in one day of this bullshit being filed RIGHT HERE IN MIAMI BEACH, where I been since June, 2013. I'm not at all hiding from you or them at all. How could I be when clearly they did not want me to know about this damn thing and lying to the court to further there case.

Hummmmm????? Sounds and looks like bullshit to me Judge but, you get the last word, I'm just giving you the facts supported by her own shit, her e-mails. You tell me.

Judge I ask this court to dismiss this bullshit, and sanction the fuck out of I-85 and Kristal Holmes for defrauding and lying to the court, and filing this baseless lawsuit. I also ask the court to send notice to the Georgia Bar Ethics Committee, because I did some checking and what they have done is COMPLETELY UNETHICAL on a number of fronts. If you don't you can bet you ass I will. You have the proof and I'm sure Defense counsel will be more then glad to show you those e-mails I-85 sent her and write testimony about her drug addict behavior.

That's it Judge, That's all I got.


GT Dominique, Jr.
Pro-Se Defendant

# EXHIBIT B

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 1 4 2009

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GRAMBLING T. DOMINIQUE, JR., | : PRISONER CIVIL RIGHTS |
| Plaintiff, | : 42 U.S.C. § 1983 |
| | : |
| v. | : |
| | : |
| DERRICK LOCKLEAR, | : CIVIL ACTION NO. |
| JAMES T. FERGUSON, | : 1:06-CV-2289-JEC |
| GREGORY ROSS, | : |
| CHARLES LUCAS, | : |
| KEITH DOUGHERTY, | : |
| ANTOINE RIGGINS, | : |
| EDWARD JOSEPH THOMAS, | : |
| JOE DANG, | : |
| RAYMOND JACOBS, | : |
| TIMOTHY E. SMITH, | : |
| MICHAEL GRIFFITH, | : |
| CHARLES JOHNSTON, | : |
| ALLEN FLEMING, | : |
| DENNIS PATE, | : |
| FRANK LLOYD, | : |
| JEFF COVERT, | : |
| MATTHEW VAN BUREN, | : |
| KELVIN BENJAMIN, | : |
| Defendants. | : |

## ORDER

This matter is before the Court on (1) Plaintiff's Motion to Exclude Defense from Presenting Evidence (Doc. No. 137) and Defendants' Response (Doc. No. 141), (2) Plaintiff's Response (Doc. No. 138) to this Court's Order that he file a clarification of his claims (Doc. No. 136) and Defendants' Response thereto (Doc. No. 144), and (3) Defendants' Motion to Strike Plaintiff's Complaint (Doc. No. 143.)

AO 72A
(Rev.8/82)

In January 2007, this Court warned Plaintiff that he must present his pleadings in a respectful manner and that pleadings containing scandalous and impertinent material would be stricken under Fed. R. Civ. P. 12(f). (Doc. No. 8 at 1-2.) This Court then struck two of Plaintiff's filings in which he used language such as "stupid ass black man," "no fucking way," "corrupt bitches," "bet your white ass," and "goddamn witness." (Doc. Nos. 4 at 4-5; Doc. No. 5; Doc. No. 8 at 2.) In April 2007, this Court again informed Plaintiff that he must present his pleadings in a respectful manner (Doc. No. 76 at 11) and struck three additional pleadings filed by Plaintiff (Doc. Nos. 6, 7, 9). In December 2007, this Court disregarded two additional filings and reminded Plaintiff that filings containing improper language would be stricken. (Doc. Nos. 96, 107, 115 at 4, 6.)

Most recently, this Court denied Defendants' motions for summary judgment and directed Plaintiff to clarify his medical care and TDD[1] access claims. (Doc. No. 136 at 26-27.) This Court directed Plaintiff as follows:

> Plaintiff shall set out, succinctly and in numbered paragraphs, exactly what each defendant did or did not do [in denying him access to medical care], the date, and a nonargumentative reason why the particular defendant would have been on notice to take a different action. Plaintiff shall not be argumentative, call people names,

---

[1] Telecommunications Devices for the Deaf.

2

>or explore his racial attitudes and hostility to defendants. The Court has previously directed plaintiff not to use inappropriate language and is disappointed that he continues to do so. While plaintiff may feel some catharsis from venting against the defendants, his rambling, vitriolic outbursts make him look deranged, hostile, and not credible. A professional, factual, dispassionate tone will be much more effective.
>
>Accordingly, if plaintiff persists in inappropriate language, the Court will dismiss his case for disobedience of an order.

(Id. at 18-19.) This Court further directed Plaintiff to set out, for each defendant, what that defendant had done with regard to his TDD claim, and the date of that action. (Id. at 22.) This Court also directed Plaintiff to file nothing other than the directed clarification until further direction by the Court, subject to sanctions, including dismissal. (Id. at 26-27.)

Plaintiff, ignoring this Court's direction to file only a clarification of his claims, has filed a Motion to Exclude Defense from Presenting Evidence. (Doc. No. 137.) Therein, Plaintiff requests that Defendants, "crooked corrupt basterds [sic]," not be allowed to present certain evidence. Plaintiff queries "what the fuck is the problem," and, among other things, continues to vent against those he calls "crooked ass white people," "bitch muthafucka," "fucking punk," "coward ass," and "punk ass muthafucka," stating "fuck them" and "I'LL COME TO YOU." (Id.) Further, in his response (Doc. No. 138) to this Court's Order (Doc.

3

No. 136) that he file a clarification, Plaintiff continues to vent: he complains that this Court has not allowed him to "go after the real pieces of shit"; refers to "dumbass defendants," "basterds [sic]," "coward bitches," "punk asses," and "pussy ass white boys"; and states "YES MUTHAFUCKA, I'M COMING AFTER EACH AND EVERYONE THAT HAD A HAND IN WHAT HAPPEN[ED] TO ME. EACH AND EVERY ONE OF YOU PUNK ASS BITCHES!" and "THESE MUTHAFUCKA'S [SIC] AIN'T GETTING AWAY WITH WHAT THE FUCK THEY DONE TO ME! AIN'T NO FUCKING WAY." (Doc. No. 138 at 1, 3-4.) Plaintiff does not, however, respond as directed to this Court's Order to clarify his claims. (See id.) Plaintiff makes no attempt to present succinct, numbered paragraphs that state what each defendant did or did not do, along with the date of the alleged action or inaction. (Id.) Defendants have moved to strike Plaintiff's complaint and assert that Plaintiff's violation of this Court's orders warrants dismissal of his complaint under Fed. R. Civ. P. 41(b). (Doc. No. 143.)

The Federal Rules of Civil Procedure dictate that "[i]f the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). Further, under this Court's locals rules, it is proper to dismiss a civil action with prejudice if a plaintiff, after notice, "fail[s] or refuse[s] to obey a lawful order of the court in the case." LR 41.3, NDGA. "The legal

4

standard to be applied under Rule 41(b) is whether there is a clear record of delay or willful contempt and a finding that lesser sanctions would not suffice." Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir.1985) (quotations and citation omitted). Dismissal under Rule 41(b) "upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion." Moon v. Newsome, 863 F.2d 835, 837 (11th Cir.1989).

This Court repeatedly has directed Plaintiff to avoid inappropriate language[2] and specifically has warned Plaintiff that if he persisted in inappropriate language, the Court would dismiss his case for disobedience of an order. (Doc. No. 136 at 19.) Also, as indicated above, Plaintiff otherwise has failed to comply with this Court's order to clarify his claims.

This Court has been extremely patient with Plaintiff, giving him multiple warnings and opportunities to conform his conduct to that which is expected of all litigants. Plaintiff, however, flagrantly persists in disobeying this Court's orders and disrespecting the judicial system. This Court finds that Plaintiff has shown willful contempt. Further, this Court finds that a lesser

---

[2] As Plaintiff has been aware since as early as January 2007, Fed. R. Civ. P. 12(f) allows this Court to strike impertinent material. See McCorstin v. U.S. Dep't of Labor, 630 F.2d 242, 244 (5th Cir. 1980) (citing Fed. R. Civ. P. 12(f) and upholding the district court's discretion to strike pleadings that contain impertinent or scandalous material).

5

AO 72A
(Rev.8/82)

sanction than dismissal will be insufficient in light of Plaintiff's persistence in inappropriate conduct despite this Court's warnings and previous use of lesser sanctions.  Plaintiff, through his own conduct, has forfeited his privilege of utilizing the resources of the judicial system for his claims in this action.  Defendants' motion shall be granted and this action dismissed.

**IT IS ORDERED** that Defendants' Motion to Strike Plaintiff's Complaint (Doc. No. 143) is **GRANTED** and this action is **DISMISSED** with prejudice in its entirety.

**IT IS SO ORDERED**, this ___13___ day of ___January___ 2009.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

# EXHIBIT C

| | |
|---|---|
| **From:** | Grambling T dominique, jr |
| **To:** | Marc Randazza; Sandra Finch |
| **Subject:** | Re: |
| **Date:** | Monday, April 28, 2014 12:42:03 AM |

Hey in Kristal's case, the world can use a more bartenders, huh? I-85 can just pick up piece work picking back up where she leaves off daily, Smokin' and whoein'... very profitable, for her at least. Got to do what she loves. Can't knock her for being what she is and doing what she wants to be.

On , "Grambling T dominique, jr" <gtdominique72@yahoo.com> wrote:

All nothing bitches are the same, no matter what degrees you hold, who your family may be or, where you come from. A lying bitch is a lying bitch. Crack heads don't function on logic, they are fueled by the dope they smoke. This is a clear example of her bullshit Marc. I told you from the gate that they are both lairs and, more importantly as to I-85, a KNOWN CRACK HEAD WHOE. I told you this, remember?

Anyway, hope it helps, the truth is the truth.

Hey, I have the transcript of my sisters and Kristal conversation as well. Just to make sure there are no legal challenges, Kristal IDENTIFIES HERSELF first and last name and, make issue to the webpage she set up. I will also be including that in my next two motions and to the ethics committee as well as her e=mail she sent to me when she broke into my Hotmail account. I also sent a request to the U.S. Attorney up there and spoke to his assistant. I gave him access to my e-mail as did Hotmail to assist in their investigation to show the breach by Kristal.

I doubt they will prosecute, but they said that they have found evidence that it was accessed in November and December of 2010 , long after I left Kristal for the last time. But she will sure enough lose her law license I was told if the allegations are founded.

That's what I've been doing. Talk to you later.

On Sunday, April 27, 2014 11:08 PM, "Grambling T dominique, jr" <gtdominique72@yahoo.com> wrote:

Continued....

My fault, I hit the wrong button.....There's no way that the bitch could not have know that what she filed was not the truth. when accessing the Dekalb Court records, it clearly shows the date of repossession. Not only that, She hired and investigator, right? Ran up and through my life, admitted to you what lengthens that she went through to find me like I was hiding or some shit, correct? And she and dumbass Kristal STILL submitted that bullshit to the court. Hell, Kristal swore to it in a affidavit, for christ sakes???!

So is she just stupid, simple or slow? There is no way possible that you can access the information and not see clearly that my last day to leave to property was in July, 2008 by court order. I was not dating Kristal then, so what the hell was she thinking to allow this crack head bitch to drag her into this jackpot like this?

Any competent lawyer who was interested in the truth, was telling the truth and is not on some chemical substances would have notice the dates in the system, saw the court case docket number, how it was coded, and CALLED THE APARTMENT COMPLEX before putting their ass on the chopping block. I told you the whoe was on dope.
On , "Grambling T dominique, jr" <gtdominique72@yahoo.com> wrote:
Marc,

I almost forgot, I also sent a copy of this motion and her contact at that legal news place that she sent this law suit to, to the Georgia Bar along with both their affidavits and filings, asking them to bring them up to the ethics board there in Georgia.

I consulted with and Attorney who is VERY familiar with I-85 both professional and personally-if you know what I mean, and he said that the fact that she and Kristal both blatantly lied in their motions and filings to the court, if I file a complaint and ask the court to do so as well they will take a strong look at them and drag their asses before there committee to answer for there bullshit.

Even my girl said that I-85 and Kristal stepped over the line by lying to the court. What a pair of jerkoffs.
On , "Grambling T dominique, jr" <gtdominique72@yahoo.com> wrote:
Marc,

I dont know what the fuck that is, so if it didn't come with the e-mail, I did not do it. Fuck her lying nothing bitch ass, if you got it her crack head ass got it. She really thought they were going to get away with this shit. The exact copy I sent to you and I-85 is what I mailed to the court.
On Sunday, April 27, 2014 10:27 PM, Marc Randazza <mjr@randazza.com> wrote:
in an email, but I didnt get the PDF version. Did you create one?

On Sun, Apr 27, 2014 at 8:24 PM, Grambling T dominique, jr <gtdominique72@yahoo.com> wrote:
Marc,

Did you receive the motion and all the attachments?
On Sunday, April 27, 2014 9:30 PM, Marc Randazza <mjr@randazza.com> wrote:
There was no copy of a motion attached.

On Sun, Apr 27, 2014 at 7:15 PM, Grambling T dominique, jr <gtdominique72@yahoo.com> wrote:

On Thursday, April 24, 2014 11:16 AM, "Grambling T dominique, jr" <gtdominique72@yahoo.com> wrote:

**UNTIED STATES DISTRICT**