IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANE DOE,

    Plaintiff,

v.

    CIVIL ACTION FILE
    NO. 1:13-CV-04270-HLM

GRAMBLING . DOMINIQUE Jr.,
a.k.a. ERNEST EUGENE SLADE,

    Defendant.

## ORDER

This case is before the Court on the Court's own motion.

The Court having received the attached communication from Defendant Dominique via email, **DIRECTS** that the Clerk to make the attached communication a part of the record in this case. The Court also **ORDERS** Defendant Dominique to stop communicating with the Court and the

Clerk's Office via email. Furthermore, the Court **ORDERS** Defendant Dominique to submit all pleadings, motions, and responses to motions to the Court in a hard, paper copy format via United States Mail. See In re: Electronic Case Filing Standing Order No. 04-01, App'x H, N.D. Ga. Rules, at App. H-3 ("Pro se litigants who are not attorneys in good standing admitted to the Bar of this Court must file all documents with the Court in paper form."). Defendant Dominique should address those mailings to:

> Clerk, United States District Court
> 2211 U.S. Courthouse
> 75 Spring Street, SW
> Atlanta, GA 30303-3309

2

AO 72A

The Clerk cannot and will not accept emailed pleadings, motions, or responses to motions for filing from Defendant Dominique or any other party in this case.[1]

IT IS SO ORDERED, this the __19__ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Court has never allowed Defendant Dominique to file documents via email, and the Local Rules prohibit pro se litigants from doing so. In re: Electronic Case Filing Standing Order No. 04-01, App'x H, N.D. Ga. Rules, at App. H-3.

AO 72A