| | |
|---|---|
| **Subject:** | [No Subject] |
| **From:** | Grambling T dominique, jr (gtdominique72@yahoo.com) |
| **To:** | Brenda_Hambert@gand.uscourts.gov; sandy@russellslawfirm.com; |
| **Date:** | Monday, September 22, 2014 8:46 AM |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT GEORGIA (ROME)

SEPTEMBER 21, 2014
CASE: 1-13 CV-04270

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT - 6 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

KRISTAL HOLMES
Plaintiff

V

GRAMBLING T. DOMINIQUE, JR

## DEFENDANTS MOTION TO DISMISS

YOUR HONOR, MAY IT PLEASE THE COURT,

JUDGE, THE REMAINING DEFENDANT, MR. GRAMBLING T.DOMINIUQE, JR ACTING PRO-SE IN THIS ACTION RESPECTFULLY REQUEST THAT YOU DISMISS THE PLAINTIFFS CLAIM IN THIS ACTION DUE TO THE FOLLOWING REASONS;

1) UNDER THE GEORGIA LONG ARM LAW, WHICH, AS I UNDERSTAND IT PROHIBITS THESE PLAINTIFFS FROM PURSUING A DEFAMATION CLAIM AGAINST A DEFENDANT WHO IS A NON-RESIDENT OF THE STATE OF GEORGIA.

1-A) I SUBMIT TO THIS COURT, I GRAMBLING T. DOMINIQUE, JR AM A RESIDENT OF MIAMI BEACH, FLORIDA AND CHICAGO, ILLINOIS. I CURRENTLY HOLD A ILLINOIS DRIVERS LICENCES WHICH I HAVE HAD MY ENTIRE LIFE.

1-B) I DO NOT LIVE IN GEORGIA, CONDUCT BUSINESS IN GEORGIA OR, AT THE TIME THAT I POSTED MY RESPONSE TO PLAINTIFFS WEBPAGE I WAS NOT IN GEORGIA. I HAVE NEVER REGISTERED TO VOTE IN GEORGIA, I HAVE NEVER HELD A GEORGIA DRIVERS LICENSE.

1-C) THE DEFENDANT FREELY ADMITS TO RESPONDING TO THE WEBPAGE THAT THE PLAINTIFF CREATED, HOWEVER IT WAS DONE SO FROM THE STATE OF FLORIDA AFTER A SIMPLE GOOGLE SEARCH OF MY NAME ON THE WORLD WIDE WEB.

THIS PARTICULAR INFORMATION CAN BE VIEWED BY ANYONE IN ALL FIFTY STATES, U.S. TERRITORIES AND SOME FOREIGN COUNTRIES. IT SHOWED DEROGATORY PERSONAL CONCERNING INFORMATION ABOUT MYSELF AND ABOUT OUR RELATIONSHIP THAT COULD ONLY HAVE BEEN WRITTEN BY THE PLAINTIFF AND WAS POSTED TO A WEBSITE SHE CREATED.

1-D) THE COURT HAS BEEN MIS-LEAD BY THE PLAINTIFFS IN THIS ACTION. THE PLAINTIFFS KNEW AS EARLY AS FEBRUARY 2014, WHEN I WAS HAVING SEVERAL E-MAIL UNWANTED EXCHANGES E-MAIL CONTACT WITH PLAINTIFF'S ATTORNEY-SANDY FILTH LE CANN (I-85 As she is more commonly known as) THAT THE DEFENDANT IN FACT LIVED IN FLORIDA, BECAUSE I TOLD HER SO IN SEVERAL E-MAILS WE EXCHANGED.

FURTHERMORE, I OFFER PROOF THAT THE ADDRESS IN QUESTION THAT THEY PROVIDED SWORN AFFIDAVITS TO THIS COURT WAS YET ANOTHER LIE TO CONFUSE THE COURT INTO BELIEVING THAT IN FACT I AT THE TIME OF THIS INCIDENT RESIDED IN GEORGIA.

ALONG WITH THIS MOTION, I HAVE INCLUDED PROOF THAT IN FACT THAT I HAVE NOT LIVED AT THE ADDRESS THEY KNEW WAS FALSE WHEN THEY SWORE AND AFFIRMED TO THE COURT FOR 6 YEARS TO DATE, WHEN IT TERMINATED ON AUGUST, 18, 2008.

PLEASE REVIEW ATTACHED LETTER FROM THE JASMINE APARTMENTS AT WINTERS CHAPPLE MANAGEMENT, THE ADDRESS IN QUESTION WHERE THEY IN FACT VERIFY THAT THE ADDRESS THAT PLAINTIFF AND HER ATTORNEY SWORE TO WAS A OUT RIGHT LIE. THE PLAINTIFF CLAIMS TO HAVE GONE TO GREAT EFFORT TO HIRE A PRIVATE INVESTIGATOR TO LOCATE THE DEFENDANT TO BE SERVED FOR THIS CASE.

DESPITE MY OPINIONS OF THE PLAINTIFF, AND HER LAWYER, THE ONLY WAY THEY COULD HAVE FOUND THIS ADDRESS IS BY GOING THROUGH THE DEKALB COUNTY EVICTION COURT THAT WOULD HAVE GIVEN THEM THE LAST DATE OF OCCUPANCY AT THAT ADDRESS. THE NAME EVICTION ALONE SHOULD BE A CLEAR INDICATOR BUT, BUT WE ARE TALKING ABOUT THE PLAINTIFF AND HER LAWYER.

JUDGE I'M SURE THE COURT IS AWARE THAT BOTH THE PLAINTIFF AND HER LAWYER ARE LAWYERS, IS IT TO FAR A STRETCH TO THINK THAT IF THIS ADDRESS THEY SWORE TO THIS COURT IS LEGIT AND THE ONLY PLACE THEY COULD HAVE OBTAINED IT IS THROUGH THE DEKALB EVICTIONS COURT BECAUSE IT DOES NOT APPEAR ON MY CREDIT REPORT OR ANYWHERE ELSE FOR A CURRENT ADDRESS, YOU MEAN TO TELL ME THEY WOULD NOT REVIEW THE FILE?

AND OH JUDGE, IF THIS WAS MY CURRENT ADDRESS THEN WHY DIDN'T THEY SEND THE SERVICE THERE OR CONTACT THE APARTMENT MANAGEMENT TO FIND OUT IF IN FACT I LIVED A THIS ADDRESS? WHY? I'LL TELL YOU, THEY FALSELY MIS-LEAD THIS COURT TO ESTABLISH SERVICE TO PROCEEDED WITH THIS BASELESS CASE.

ALSO PLEASE SEE ATTACHED, MY POWER BILL FROM GEORGIA POWER, DATED OCTOBER 2008 WHICH ALSO IS ADDRESSED TO MY DECEASED MOTHERS HOME IN THE STATE OF OHIO WHICH REFLECTS THE LAST DATE OF SERVICE AT THAT ADDRESS.

(This document is very important because not only does it show the last date of service at that address, it also shows that this last bill was mailed to a out of state address in the State of Ohio. This document is a collections letter. It would be reasonable to believe that if in fact that I still lived at that address OR ANY OTHER GEORGIA ADDRESS FOR THAT MATTER, both the collections office and the management company would have a record of this.)

1-E) THE DEFENDANT WAS NOT PROPERLY SERVED. YOUR HONOR, THE PLAINTIFF HAS USED DESPICABLE TACTICS TO PULL THE WOOL OVER THIS COURTS EYES. THE PAPER THEY PUBLISHED NOTICE OF THIS LAWSUIT IN FOR STARTERS, I HAVE NEVER HEARD OF THIS PAPER,i HAVE NO ACCESS TO THIS PAPER AND WOULD NOT GET ANYWAY BECAUSE I DO NOT LIVE IN GEORGIA, I AM A RESIDENT OF FLORIDA.

MY RESEARCH SHOWS IT IS A SMALL PUBLICATION THAT SERVICE ONLY, THE RESIDENTS OF DEKALB COUNTY. I WOULD NOT HAVE ANY ACCESS TO THAT PUBLICATION HERE IN FLORIDA OR IN ILLINOIS.

1-F) THE DEFENDANT HAS ATTEMPTED TO FILE A PREVIOUS MOTION IN THIS ACTION IN EFFORT TO DEFEND HIS SELF IN THIS CASE WITHIN THE TIME ALLOWED BY THE COURT. THE DEFENDANT ACTING PRO-SE, SERVED ALL PARTIES WITH MY MOTION AND MAILED COPIES TO THE COURT TO BE FILED. PROOF OF THIS IS THE PLAINTIFF DID INFACT RESPOND TO THE DEFENDANTS MOTIONS WITH SEVERAL OF HER OWN, ALSO WITHIN THE TIME ALLOWED.

FOR SOME UNKNOWN REASON THEY WERE NEVER FILED BY THE CLERK AT ROME CLERKS OFFICE. THE DEFENDANT HAS PROOF THAT THERE MAY HAVE BEEN SOME COLLUSION BETWEEN THE CLERK NAMED BRENDA AND THE PLAINTIFF IN THE ROME CLERKS TO ASSIST THE PLAINTIFF IN HER ACTION AGAINST THE DEFENDANT.

FINALLY JUDGE, THE GEORGIA LONG ARM STATUE AS I UNDERSTAND IT DOES NOT AFFORD THIS COURT ANY JURISDICTION OF ANY PERSONS WHO DO NOT LIVE IN THE STATE OF GEORGIA. THE WEBPAGE IN QUESTION WAS ACCESSED BY ME AND SEEN BY ANYONE WHO HAS INTERNET SERVICE IN THE WORLD INCLUDING ALL FIFTY U.S. STATES FROM THE STATE OF GEORGIA. IF THE PLAINTIFF IS TRYING TO ARGUE THAT SHE HAS BEEN DEFAMED MAYBE SHE SHOULD HAVE GAVE THAT SOME THOUGHT BEFORE SHE CREATED THE WEBSITE IN THE FIRST PLACE TO EMBARRASS THE DEFENDANT.
PEOPLE IN GLASS HOUSES SHOULD NOT THROW STONES.

THE PLAINTIFF SHOULD NOT BE AFFORDED ANY MORE PROTECTION ON A PUBLIC WEBSITE THAT ANYONE IN THE WORLD CAN ACCESS AND LEAVE FLATTERING OR UNFLATTERING TRUTHFUL-(in my case) OR UNTRUTHFUL INFORMATION ON THEN CRY FOUL WHEN SOMEONE TAKES HER UP ON IT. SHE OPEN THE DOOR.

JUDGE, GIVEN THESE FACTS AND EVIDENCE IT IS CLEAR THAT THE DEFENDANT IS NOT A RESIDENT OF GEORGIA, HAS BEEN THE VICTIM OF IMPROPER PRACTICES BY AT LEAST ONE OF THE CLERKS AT THE ROME CLERKS OFFICE IN COLLUSION WITH THE PLAINTIFF, IMPROPER PRACTICES WITH RESPECT TO THE PLAINTIFF'S ATTORNEY AND THE PLAINTIFF BY SWEARING TO AND PROVIDING CLEARLY MIS-

LEADING INFORMATION TO THE COURT CONCERNING THE RESIDENCY OF THE DEFENDANT IN ORDER TO DEFEAT THE GEORGIA LONG ARM STATUE IN RESPECT TO THE DEFENDANT IN ORDER TO DISGUISE THE FRAUD AND PRACTICES TO THIS COURT BY THE PLAINTIFF TO ALLOW THIS MATTER TO PROCEEDED.

THE DEFENDANT RESPECTFULLY REQUESTS THAT THE COURT DISMISS THIS ACTION WITH PREJUDGES.