IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

KRISTAL HOLMES,

    Plaintiff,

v.                      CIVIL ACTION FILE
                      NO. 1:13-CV-04270-HLM

GRAMBLING T. DOMINIQUE Jr.,
a.k.a. ERNEST EUGENE SLADE,

    Defendant.

## ORDER

This case is before the Court on the Court's August 7, 2014 Order [62].

The Court **ORDERS** counsel, Plaintiff, and Defendant Dominique to appear before the Court for a hearing on damages resulting from the default judgment against Defendant Dominique at **1:30 p.m E.D.T. on Friday, January 9, 2015, in Courtroom 300, United States**

**Courthouse, 600 East First Street, Rome, Georgia, 30161.**

The Court **DIRECTS** the Clerk to mail a copy of this Order to Defendant Dominique at his last known address.

IT IS SO ORDERED, this the 16 day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

AO 72A